UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

KEVIN TAGGART, *et al.*,

               Plaintiffs,

          -against-

THE 3M COMPANY, *et al.*,

          Defendants.

------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  10/22/2025 |

1:25-cv-8672-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on October 20, 2025.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 3, 2025.  Additionally, counsel for Plaintiffs are directed to promptly file a notice of appearance in this case.  Likewise, any defense counsel who appeared in the state action are directed to promptly file a notice of appearance in this case.  Counsel for Defendant Chemguard, Inc. is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: October 22, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge